**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:**

---------------------------------------------------------------X

DANIEL TOUIZER,

*Plaintiff,*

v.

FRANCOIS GARCIA

*Defendant.*

---------------------------------------------------------------X

**09-23768**

**CIV-KING**

**MAGISTRATE**
**BANDSTRA**

FILED by _ЛJ5_ D.C.

DEC 1 8 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## COMPLAINT

Plaintiff Daniel Touizer brings suit against Defendant Francois Garcia, and alleges:

### Parties

1.     Plaintiff Daniel Touizer ("Touizer") is a Florida citizen.

2.     Defendant Francois Garcia ("Garcia") is a citizen of Canada believed to reside in Montréal, Quebec, Canada.

3.     Garcia is currently facing criminal charges in Canada arising from his involvement in an international DVD piracy ring.

4.     Garcia also uses the aliases "Stephan Tangsier, " "wdog43," "Tom," and skycorpinvestorsfraud@gmail.com."

### Jurisdiction and Venue

5.     This action arises out of Garcia's malicious and intentional defamation of Touizer – a Florida resident – and tortious interference with Touizer's business relationships through the publication and maintenance of two websites, www.danieltouizer.com (the "Touizer Website") and www.eric-gozlan.com (the "Gozlan Website") (collectively referred to as the "Offending

Websites") and e-mail correspondence to Touizer's business associates, peers, and other members of his industry.

6.     This is an action for damages in excess of $75,000, and this Court has jurisdiction pursuant to 28 U.S.C. § 1332.

7.     Venue in this district is proper under 28 U.S.C. § 1391(a) because a substantial part of the events or omissions giving rise to this claim occurred in this district and pursuant to 28 U.S.C. § 1391(d) because Garcia is an alien.

**Factual Background**

A.     **Touizer's Reputation as a Business Asset**

8.     Touizer is the founder and chief executive officer of Cinergy Health, Inc. ("Cinergy"), a company founded in 2003 as a nationwide provider of affordable health insurance.

9.     Touizer has spent significant time, effort, energy, expense and considerable resources in establishing his stellar business reputation.

10.     The continued viability of Cinergy, and the medical coverage it provides to tens of thousands of families, is directly tied to, and dependent upon, Touizer's reputation.

11.     Touizer is also the chairman and chief executive officer of Aria Entertainment LLC ("Aria"), a company in the business of financing and co-producing original feature films for worldwide viewing audiences.

12.     Touizer's reputation is an integral part of his ability to obtain financing for Aria's feature films as well as being integral to the successful marketing of Aria's feature films.

**B.**     <u>IMPFM and Touizer's Introduction to Garcia in 2000</u>

13.     In or about 2000, before Aria was formed, Touizer invested money in a film project being produced by Innovative Motion Pictures and Future Media Inc. ("IMPFM"), a company in which his cousin, Eric Gozlan ("Gozlan"), was marginally involved.

14.     Garcia and several others were also involved in IMPFM.

**C.**     <u>Garcia's Defamatory Scheme</u>

15.     Nearly ten years later, on or about September 15, 2009, Gozlan received a telephone call from an unidentified individual, who informed Gozlan that he was calling on behalf of Garcia.

16.     The unidentified caller told Gozlan to meet with Garcia "if he [Gozlan] want[ed] to avoid getting lawyers involved."

17.     Gozlan called Garcia on the same day, and Garcia informed Gozlan that "we have to meet. If we do not meet, then sh*t will hit the fan."

18.     Garcia refused to specify why a meeting was necessary and told Gozlan that "I [Garcia] don't talk on the phone, we have to meet in person."

19.     Gozlan suspected that Garcia, whom he had learned was facing criminal charges in Canada arising from his involvement in an international DVD piracy ring, was trying to extort money from Gozlan.

20.     Gozlan therefore refused to meet Garcia.

21.     Gozlan subsequently informed Touizer that he had received a menacing e-mail from Garcia, using the address skycorpinvestorsfraud@gmail.com threatening to publish a "report of complete fraud, abuse and theft" committed by, *inter alia*, Touizer and Gozlan. A true and correct copy of this e-mail in annexed hereto as **Exhibit A**.

3

**D.**     **Garcia Launches the Offending Websites**

22.     Shortly thereafter, in or about November 2009, Garcia created and published of the Offending Websites.

23.     Both of the Offending Websites illegally use Touizer's name, image, and likeness without his consent.

24.     In addition, the Touizer Website contains false, defamatory, outrageous, and insulting allegations about Touizer. Print-outs of the Touizer Website and the Gozlan Website as published on December 16, 2009 are annexed hereto as **Exhibit B** and **Exhibit C** respectively.

25.     Specifically, with respect to the Touizer Website:

     a. The home page contains a link to other pages purportedly about Touizer. These links purport to link to false information concerning, among other things:[1]

         i. "Current Scams by Touizer;"

         ii. "Past Scams by Touizer;"

         iii. "Touizer Oil Deals;"

         iv. "Touizer List of Past Victims;"

         v. "Aria Media Holdings Scam;"

         vi. "American Terminal Corp. Scam;"

         vii. "Touizer Drug Use;" and

         viii. "Touizer Prostitute Addiction"

     b. The home page of the Touizer website states "Daniel Touizer Miami-Montreal Fraudulent Unlicensed Investment Broker Palm Health Benfits Cinergy Healtyh American Terminal Corp. Aria Mea Holdings www.equityfeed.com otccharts.com" followed by the image of Touizer's face superimposed on a

---

[1] All typographical errors contained in the quoted statements are in the original published version of the Offending Websites.

              picture of a man in his underwear with the phrase "Your money is in good hands;"

    c.  The home page also has a picture of a man in a chicken suit talking on a pay telephone with the phrase "Are you a victim of Daniel Touizer?" superimposed on it;

    d.  The website also falsely accuses Touizer of operating under fictitious names

    e.  The Touizer Website falsely claims that Touizer "has spent many years defrauding individuals all over the United States;"

    f.  The Touizer Website insultingly and falsely refers to Touizer as a "sleaze telemarketer."

26.    Each of the Offending Websites contains links to the other.

27.    Each of the home pages for the Offending Websites falsely state:

WHO IS DANIEL TOUIZER AND ERIC GOZLAN ?

They are career telemarketers who have been defrauding Canadian and USA investors for over a decade , they are based out of Montreal Canada and Miami USA , using several bogus names and corporations they claim to be investment brokers who can guarantee large returns on investments packages (so called privileged deals ranging from Film Productino, Medical Insurance, ATM Machines, Oil deals, Real State, Online Trading ,just to name a few).

The so called investments are often non existent or with no chance of success.    except for their own personal gain (average commission 25% to 45% not including expenses.

Their targeted "clients" are usually people / names they purchase from leads brokers who offer list of "accredited investors (these lists include contact information and Background information , the purchase price for a list can range from $25 to $100 per name , this is what they consider a "mouch" and what others would consider a victim)

www.danieltouizer.com along with www.eric-gozlan.com (Eric Gozlan is Touizer cousin who operates the scam out of Montreal )will soon release and post online the following information in order to put a stop to their activities and bring justice to their door, (Madoff could use some ne friends)

Names of past ans current investors who invested in their fraudulent deals

Names of corporations / Deals they have been selling or have sold for the past 15 years (some of them currently under investigation by the securities commission Both Canada and USA)

Their personal background information

How they operate

Their current deals

Their websites

Home Addresses

Phone Recordings

Pictures

Links (to law firms , securities commission , DA'S, La enforcement)

and more

## E.     Garcia Transmits Defamatory E-Mails Containing Links to the Offending Websites to Touizer's Contacts

28.     In addition to publishing the Offending Websites, Garcia sent false and defamatory e-mails to each and every employee of Cinergy containing a link to the Offending Websites.

29.     To further destroy Touizer's reputation in the film industry, Garcia has been sending defamatory e-mails to various actors, entertainers, and other members of the film industry. A copy of such an e-mail is annexed here to as **Exhibit D**.

30.     Moreover, Garcia also transmitted defamatory emails which contain links to the Offending Websites to Touizer's accountant, attorney, and the New York State Governor's office. The e-mail refers to Touizer as a "scum and a thief." It also accuses Touizer of being a "murderer ... who deserves nothing more than capital punishment" based solely on the

6

"assum[ption] that among the thousands of investors he has defrauded there got [*sic*] to be a few suicides." A copy of the e-mail sent to Touizer's accountants Holthouse, Carlin & Van Trigt LLP dated November 19, 2009 is annexed hereto as **Exhibit E.** These e-mails are hereinafter collectively referred to as the Defamatory E-mails.

31.    Garcia has in addition to all of the foregoing, also posted links to the Offending Websites on various internet message boards under the aliases "wdog43" and "Tom."

**F.    The Effect of Garcia's Defamatory Scheme**

32.    The Offending Websites and the e-mails discussed above are utterly without merit, containing various unsupported, vague and undated allegations of fraud and wrongdoing.

33.    As a direct result of Garcia's aforementioned conduct, Touizer's reputation and his ability to conduct his business affairs has been irreparably harmed, causing him to incur substantial financial loss as well as unquantifiable injury to his reputation.

34.    Only one such example is that a crucial potential investor refused to consummate a planned deal with Aria after becoming aware of and reviewing the Offending Websites.

35.    This harm is ongoing and will continue as long as the Offending Websites are operating.

36.    In addition, Touizer has expended significant sums of money to a public relations firm to combat the detrimental effect of the Offending Websites and the defamatory e-mails sent by Garcia.

**Count I**

**Defamation**

37.    Touizer repeats and realleges each and every allegation set forth in paragraphs 1 through 36 herein.

7

38.   Touizer is a private person.

39.   The statements made in the Offending Websites are false, untrue, defamatory, and constitute libel per se.

40.   Specifically, the following statements on the Touizer Website and in the various e-mails sent by Garcia are false and defamatory and were published to impair Touizer's reputation and standing in the community and cause Touizer personal humiliation, anguish, and suffering:

      a.   The references to Touizer's current and future "scams;"

      b.   The reference to the list of Touizer's "Past Victims;"

      c.   The reference to Touizer as a "Fraudulent Unlicensed Investment Broker;"

      d.   The references to non-existent criminal investigations by Canadian and United States authorities;

      e.   The reference to Touizer's use of "bogus names and corporations;"

      f.   The reference to Touizer's "Drug Use;" and

      g.   The reference to Touizer's "Prostitute Addiction;"

      h.   The reference to Touizer as a "sleaze telemarketer;"

      i.   The false accusation that Touizer is a "murderer."

41.   In addition to the statements made on the Offending Websites, the Defamatory E-mails are similarly false and malicious.

42.   The statements made on the Offending Websites were published to the general public via the internet and to the employees of Cinergy via e-mail.

43.   Garcia published the statements contained in the Offending Websites and in the attached e-mails with knowledge of their falsity, or, at a minimum, with reckless disregard as to their falsity.

8

44.     The statements published on the Offending Websites and in the attached e-mails are defamatory.

45.     As a result of the statements published on the Offending Websites and in the attached e-mails, Touizer has suffered actual damages in an amount to be determined at trial.

46.     In addition, Touizer has suffered irreparable injury to his reputation and business that is ongoing and can not be quantified.

## Count II

### Tortious Interference with Business Relationships

47.     Touizer repeats and realleges each and every allegation set forth in paragraphs 1 through 46 herein.

48.     Touizer has many business relationships including, but not limited to: (i) the thousands of families that obtain affordable health insurance from Cinergy, (2) his accountant, (iii) his attorney, and (iv) the various relationships he has in financing and producing feature films through Aria.

49.     Garcia knew about Touizer's business relationships and alludes to them on the Offending Websites and sent the Defamatory E-mail to Touizer's accountant and lawyer.

50.     Garcia intentionally interfered with these business relationships by publishing the defamatory statements contained in the Offending Websites and sending the Defamatory E-mails.

51.     The content of the Offending Websites and the Defamatory E-mails to Touizer's peers, business associates, and other members of the industries in which he does business constitutes an independent tortious act.

9

52.     Garcia's interference was unjustified because he is a stranger to these business relationships.

53.     As a result of Garcia's interference with Touizer's business relationships, Touizer suffered substantial damages in an amount to be determined at trial.

54.     In addition, Touizer has suffered irreparable injury to his reputation and business that is on going and can not be quantified.

**Count III**

**Preliminary and Permanent Injunction**

55.     Touizer repeats and realleges each and every allegation set forth in paragraphs 1 through 54 herein.

56.     Touizer has demonstrated a substantial likelihood of success on the merits of one or more of the causes of action pleaded herein.

57.     Garcia's acts are willful, intentional, malicious, and deliberate.

58.     The harm to Touizer resulting from Garcia's acts is irreparable, continuing and not fully compensable by money damages.

59.     By virtue of Garcia's conduct, Touizer has suffered and continues to suffer irreparable injury to his reputation and business that can not be quantified or adequately redressed through money damages.

60.     Touizer has no adequate remedy at law.

WHEREFORE, Touizer hereby requests that this Court grant them the following relief:

   i. enjoining Garcia, his respective agents, representatives, successors, assigns, affiliates, servants, employees, licensees, attorneys, all those acting in concert or in participation with Garcia, and any Internet Service Provider from operating, maintaining, hosting, or publishing the website www.danieltouizer.com or

publishing the same of substantially similar content via the internet or otherwise;

ii. enjoining Garcia, his respective agents, representatives, successors, assigns, affiliates, servants, employees, licensees, attorneys all those acting in concert or in participation with Garcia, and any Internet Service Provider from operating, maintaining, hosting, or publishing the website www.eric-gozlan.com or publishing the same of substantially similar content via the internet or otherwise;

iii. an order directing that the Offending Websites be shut down immediately;

iv. an award of actual damages on Counts I and II of this Complaint;

v. an award of punitive damages in an amount to be determined at trial;

vi. an award of prejudgment interest to the full extent permitted by law;

vii. an award of Plaintiffs' attorneys' fees in this action;

viii. an award of Plaintiffs' costs and expenses incurred in this action; and

ix. an award of such other and further relief as this Court may deem just, proper and equitable.

Dated: New York, New York
     December 17, 2009

By: _____

Jacob L. Ratzan
Jacob L. Ratzan, P.A.
150 SE 2nd Avenue, Suite 901
Miami, Florida 33131
Tel: 786.406.1744

-and-

Darren Oved
Aaron J. Solomon
Brian S. Tretter
OVED & OVED LLP
101 Avenue of the Americas, 15th Floor
New York, New York 10013
Tel: 212.226.2376

*Attorneys for Plaintiff*

11

# EXHIBIT A

---------- Forwarded message ----------
From: Eric Gozlan <skycorpinvestorsfraud@gmail.com>
Date: Tue, Sep 22, 2009 at 7:38 PM
Subject: Eric Gozlan Telemarketing Fraud
To: info@goldrushentertainment.com
Cc: eric@goldrushentertainment.com

Dear Eric , this email is to officially advise you that your failure to politely return a
phone call and accept a meeting as requested makes us believe that not only you don't
care about what we have to say and or explain to you but also confirms once again your
arrogance and ego (you must still believe god protects you) this leaves us with no choice
but to move forward with your file and simply prove that god is a make believe story for
ignorant people like you (weak insecure self medicating confident man (as long its
behind a phone)

We recently received a full listing of investors you have been defrauding and others you
attempted to defraud over the past 8 years via telemarketing means ,what you have done
is completely illegal and obviously punishable by the Canadian and Us criminal Laws
,you actions have caused major financial and mental harm to countless of investors who
believed in your (or one of your fictitious names) PITCH.
You claim to be a financial advisor , consultant , broker and lately an executive producer,
needless to say we both know (and soon everyone will know) you are nothing but a
fraudulent telemarketer hiding behind an "Executive Office" praying that the SEC and
RCMP wont knock at your door .

Several individuals (mostly family related just to name a few Daniel Touizer, Stephan
Touizer, ) ,as well as the management of the Chai Center (Rabbi Yossi Kessler,Rabbi
Naftali Perlstein,Rabbi Yossi Wenger)will be named in this report of complete fraud ,
abuse and theft .

Phone recordings , names , addresses , amounts invested in each company /films will be
released to the public ,along with names of individuals who have participated in your
telemarketing investment fund raising scams

We are currently in the final steps of completing this report and without any further
notice it will be submitted to the Canadian Securities Commission , The Us Securities
Commission , RCMP, FBI , Montreal gazette ,New York Times ,several investors groups
who have been defrauded directly or indirectly by you , Law firms and DA involved in
the Real State Partners file among others

Other related documents ,pictures and recordings  will be made available to the public and individuals or companies involved in your fraud (such as film distributors )

on a more personal note , you are nothing but a self medicating arrogant, untalented  little prick who's luck just came to an end.

If you need advise please contact Earl Jones (he will be able to advise you on Canadian laws , not extradition )

"Gold medals aren't really made of gold. They're made of sweat, determination, and a hard-to-find alloy called guts."

--

**EXHIBIT B**



## WELCOME TO WWW.DANIELTOUIZER.COM

Posted by Administrator

**HOUSTON PRESS ABOUT TOUIZER , A MUST READ**

This Site is a non lucrative information source and it has been published with the sole intention of informing past, current , future victims and as law enforcement agency's currently investigating the subjects of this site

(All facts in this site have been verified or published by other sources)

This site is a non lucrative information source and does not intend to profit from it in any direct or indirect way

Note to the individuals or representatives of the individuals named in this site , WE ARE NOT FOR SALE , WE DO NOT WANT ANY MONEY OR ANY TYPE OF COMPENSATION TO MAKE THIS SITE GO AWAY

WE DONT NEED OR WANT YOUR MONEY.........(actually investors money)

we simply want:

1) Justice for the past and present victims

2) An immediate cease of the fraudulent activities

3) To report themselves to the proper authorities for questioning (list available if needed)

At that point we might consider shutting down this publication.



## WHO IS DANIEL TOUIZER AND ERIC GOZLAN ?

They are career telemarketers who have been defrauding Canadian and USA investors for over a decade , they are based out of Montreal Canada and Miami USA , using several bogus names and corporations they claim to be investment brokers who can guarantee large returns on investments packages (so called privileged deals ranging from Film Production, Medical Insurance , ATM Machines, Oil deals , Real State, Online Trading ,just to name a few).

The so called investments are often non existent or with no chance of success, except for their own personal gain (average commission 25% to 45% not including expenses.

Their targeted "clients" are usually people / names they purchase from leads brokers who offer list of "acredited investors (these lists include contact information and Background information , the purchase price for a list can range from $25 to $100 per name , this is what they consider a "mouch" and what others would consider a victim)

www.danieltouizer.com along with www.eric-gozlan.com ( Eric Gozlan is Touizer cousin who operates the scam out of Montreal )will soon release and post online the following information in order to put a stop to their activities and bring justice to their door, (Madoff could use some new friends)

Names of past and current investors who invested with in their fraudulent deals

Names of corporations / Deals they have been selling or have sold for the past 15 years (some of them currently under investigation by the securities commission Both Canada and USA)

Their personal background information

How they operate

Their current deals

Their websites

Home addresses

Phone Recordings

Pictures

Links (to law firms , securities commission , DA'S, Law enforcement)

and more

Please stay tuned while we compile all information and help you get justice



[ add comment ] ( 23 views )  |  permalink

| 11



## NEWS PAPER ARTICLE ABOUT DANIEL

Lets make this very simple, Daniel spent many years defrauding individuals all over the United States while accumulating a personal wealth that spreads to bank accounts in Canada, USA and Israel, some of them under his mother , brother and fathers name.

Over the past few years it is believed he grew old of being the sleaze telemarketer he is and will always be and truly believed that he could make the past go away like dust in the wind, thus moving forward with new ventures where he could use his real name.

How was this achieved , he simply started a company (Today called Cynergy after numerous names changes and probably corporations (he is president and largest shareholder) where he raised large sums of investment money from investors (a very small percentage was injected in the company, the rest was injected in his personal accounts) a very sweet deal for Daniel

But in order to achieve this he had to use his real name and expose himself (his arrogance didn't allow him to think that with so many skeletons in the closet it was a bad idea), so he did without thinking someone would expose him eventually (like we are)

A news paper in Houston Did a small piece that is missing many core points about Daniel but we honesty believe is the perfect start for a national Story and the end of Touizer .

We are in the process of preparing an Information package for Craig Malisow (investigative writer) in order to bring to light all the truth about Touizer on a national Coverage scale we invite you to read the first article that was written about Touizer , and keep in mind that in reality he is 1000% worst than what its written

article from the Houston Press

HOUSTON NEWS ARTICLE ABOUT TOUIZER AND CYNERGY SCAM



## PAST SCAMS BY TOUIZER
UNDER CONSTRUCTION



**TOUIZER OIL DEALS**
UNDER CONSTRUCTION







**TOUZIER MOVIE DEALS**
Latest ABC news report about Touzier and Cousin Eric Gozian Film Production Scams



ARIA MEDIA HOLDINGS SCAM
ARIA OFFICIAL WEBSITE



## HEALTH BENEFITS PLUS
HEALTH BENEFITS PLUS





**25% TO 40% INVESTMENT - COMMISSION**
UNDER CONSTRUCTION



**TOUIZER PHONE RECORDINGS**
UNDER CONSTRUCTION









**TOUIZER OFFSHORE ACCOUNTS**
UNDER CONSTRUCTION



**TOUIZER AND TAG ENTERTAINMENT**
COMING SOON

# EXHIBIT C



**WELCOME TO WWW.ERIC-GOZLAN.COM ERIC GOZLAN INVESTMENT FRAUD UNLICENSED BROKER SELF PROCLAIMED EXECUTIVE PRODUCER AND FINANCIER**

Posted by Administrator

Have you invested ? Think you invested ? or are about to invest with Eric Gozlan - Gold Rush Entertainment (or any company that might be related to this individual) contact

(Daniel Mcmullen Overseeing the file)
FBI Los Angeles Field Office
(310) 477-6565

According to our latest information , Mr Gozlan is currently justifying this site on the fact that a former partner is trying to blackmail him, the answer to that is simple , read below ...

Does that means that Gozlan admits his crimes assuming that someone is trying to blackmail him ?

This Site is a non lucrative Information source and it has been published with the sole intention of informing past, current ,future victims and as well law enforcement agency's currently investigating the subjects of this site

(All facts in this site have been verified or published by other sources)

This site is a non lucrative Information source and does not intend to profit from it in any direct or indirect way

Note to the individuals or representatives of the individuals named in this site , WE ARE NOT FOR SALE , WE DO NOT WANT ANY MONEY OR ANY TYPE OF COMPENSATION TO MAKE THIS SITE GO AWAY

WE DONT NEED OR WANT YOUR MONEY........(actually investors money)

we simply want:

1) Justice for the past and present victims

2) An immediate cease of the fraudulent activities

3) To report themselves to the proper authorities for questioning (list available if needed)

At that point we might consider shutting down this publication.

A MUST WATCH NEWS REPORT ABOUT ERIC GOZLAN FILM EYE OF THE DOLPHIN

★ **WANTED**

FOR QUESTIONING CONCERNING THE OFFENSE OF
Fraud, Securities Fraud , Theft Over $5000, Identity Theft

**ERIC GOZLAN**

MONTREAL TELEMARKETER



**Armed with 2 fingers (do not answer calls from this individual)**

| SEX:<br>MALE COWARD | HEIGHT: 5'09'' | Hair: Black |
|---|---|---|
| RACE: WHITE | WEIGHT: 180 | EYES: Dark |
| AGE: 30 TO 40 | BUILD: medium | |

REMARKS:

## ARMED WITH A PHONE

## CONTACT : FBI , RCMP, US & CANADIAN SEC , PHONE BUSTERS

Stay Tuned, we are currently compiling all information and will complete this site very soon

If you have been defrauded by this individuals or believe it might have been them we would love to hear from you (we might even be able to confirm), keep in mind that 99% of the time they will operate under fictitious names EX: Mr Walker



Cracking Down on Telemarketing Fraud

WHO IS DANIEL TOUIZER AND ERIC GOZLAN ?

They are career telemarketers who have been defrauding Canadian and USA investors for over a decade , they are based out of Montreal Canada and Miami USA , using several bogus names and corporations they claim to be investment brokers who can guarantee large returns on investments packages (so called privileged deals ranging from Film Production, Medical Insurance , ATM Machines, Oil deals , Real State, Online Trading just to name a few).

The so called investments are often non existent or with no chance of success. except for their own personal gain (average commission 25% to 45% not including expenses.

Their targeted "clients" are usually people / names they purchase from leads brokers who offer list of "acredited investors (these lists include contact information and Background information , the purchase price for a list can range from $25 to $100 per name , this is what they consider a "mooch" and what others would consider a victim)

www.danieltouizer.com along with www.eric-gozlan.com ( Eric Gozlan is Touizer cousin who operates the scam out of Montreal )will soon release and post online the following information in order to put a stop to their activities and bring justice to their door, (Madoff could use some new friends)

Names of past and current investors who invested with in their fraudulent deals

Names of corporations / Deals they have been selling or have sold for the past 15 years (some of them currently under investigation by the securities commission Both Canada and USA)

Their personal background information

Their personal background information

How they operate

Their current deals

Their past deals

Their websites

Home addresses

Phone Recordings

Pictures

Links (to law firms , securities commission , DA'S, Law enforcement)

and more

Please stay tuned while we compile all information and help you get justice



[ 1 comment ] ( 45 views )  | permalink

| 1 | 2 | 3 | 4 | 5 | Next> Last>>

# EXHIBIT D

------ Forwarded Message
From: Eric Gozlan <skycorpinvestorsfraud@gmail.com>
Date: Fri, 6 Nov 2009 23:32:51 -0800
To: <erik@klw-ent.com>
Cc: <Brian@klw-ent.com>, <info@dpntalent.com>, <blake@klw-ent.com>
Subject: Ron Perlman involvment with fraudulent Production Carjacked

To Mr Ron Perlman and Management

Dear Mr Perlman, you recently engaged into a working relationship with a
group individuals who are producing a feature film entitled Carjacked.

The purpose of this email is to simply inform and advise you about the
background of some of the individuals involved ,future liabilities
involving this film, and negative publicity that will follow and involve
individuals involved in this project and other past projects  (Guilty by
association)

Carjacked  film was partially funded by Eric Gozlan (Executive producer
based out of Montreal) , Gozlan is a career telemarketer who has been
defrauding individuals across USA and Canada for over a decade .
The investment  scams range from bogus oil deals, real state deals ("real
state partners" information avail with the SEC)  and several film deals.
Although the productions are real (some of them are never produced EX: Miami
Vice the new series (year 2000) ,the defrauded investors never see a profit
or recoup their principal investment, or their second or third investment
(they simply get caught in a  web and are considered suckers).

Gozlan has been running this scam for several years now , and has managed to
not only defraud investors but also involve industry individuals who are not
or were never aware of his actions (until now).


The FBI has been investigating this for over a year now and has gone public
about this file  in May 2009 following  several raids in Hollywood and the
suicide of cinamour CEO Glen Hartford (for films such as Eye of the Dolphin,
funds raised by Gozlan)

Please visit www.eric-gozlan.com <http://www.eric-gozlan.com/> for an
online expose and background information about Eric Gozlan and his Montreal
Based company Gold Rush Entertainment

you can also view an ABC / FBI news report in order to validate this email
(name of FBI agent on this file available on News report )

http://abclocal.go.com/kabc/video?id=6837474

We also wish to clarify that we do not assume in any way that you or your Management had any knowledge or involvement with the fraudulent activities of some of the individuals involved in Carjacked, on the other hand we do have a moral obligation to inform about who and what you might be getting involved with along with the potential consequences.

Needless to say that no one should profit from funds taken from senior citizens or other victims who simply didn't have any knowledge and were pressured by professional telemarketers using names such as Ron Perlman along with other Hollywood established names in order to validate their credibility as successful Hollywood players

Sincerely yours

Stephan Tangsier

Scam artist hunter and Watchdog

------ End of Forwarded Message

------ End of Forwarded Message

**EXHIBIT E**

## Julie Austin

| | |
|---|---|
| **From:** | Eric Gozlan [skycorpinvestorsfraud@gmail.com] |
| **Sent:** | Thursday, November 12, 2009 11:24 PM |
| **To:** | Julie Austin |
| **Subject:** | Re: Contact sent through: DANIEL TOUIZER MIAMI - MONTREAL FRAUDULENT UNLICENSED INVESTMENT BROKER PALM HEALTH BENEFITS CINERGY HEALTH AMERICAN TERMINAL CORP ARIA MEDIA HOLDINGS WWW.EQUITYFEED.COM OTCCHARTS.COM |

Dear sirs, we can only assume that you were un aware of touizer fraudulent past and present activities and must ad that if that is the case you were very negligent for not doing a background check on that scum .

We know him very well . we are aware of all his frauds ever since he occupied a boiler room at square decarie in Montreal selling vitamins to bogus oil deals , Internet deals , real estate deals, medical insurance deals and entertainment deals , although touizer has glorified himself  he remains a scum and a thief , we can only assume that among the thousands of investors he has defrauded there got to be a few suicides therefore we will call him a murderer as well who deserves nothing more than capital punishment

If you have any questions or concerns I suggest you have a little discussion with them and ask for an explanation (that would include michael amato (next on our expose), who has a long list of investors after him for movies such as DEAL and Supercross

We must inform you that we wish to remain anonymous since we don't want to get involved or be part of the media circus this is about to become once it becomes a national story and heads begin to roll down the courts (we are currently in discussions with several writers )

We are not victims , we are simply helping investors to get the truth and expose the thieves behind their misery and financial loss (having so much crucial information it is our moral obligation to bring them to justice and the public eye )

If you need to speak with someone or file a complaint please contact the FBI , if you need to share some information on our site in order to inform  of investors who were defrauded feel free to send us an email

If you speak to touizer please inform him that a gated neighborhood hood wont protectedc him from the law (he is a creature of habit, so many skeletons in his closet that he needs to move often , but always within 1 km from ventura mall)

On Thu, Nov 12, 2009 at 4:31 PM, <Julie.Austin@hcvt.com> wrote:
  **Name:** Julie Austin
  **IP Address:** 24.61.133.18 (c-24-61-133-18.hsd1.ct.comcast.net)
  **User Agent:** Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.5; en-US; rv:1.9.1.5) Gecko/20091102
  Firefox/3.5.5
  **Email:** Julie.Austin@hcvt.com
  **Subject:** Aria Entertainment

  **Comment:**

  *On , , Julie Austin wrote:*

11/13/2009

I am the accountant that is working with Aria on the launch of their fund. Please contact me (424) 208-7700 x7727
Thank You

11/13/2009

**JS 44** (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
Daniel Touizer

**DEFENDANTS**
Francois Garcia

**09-23768**

(b) County of Residence of First Listed Plaintiff  Miami-Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

CIV-KING

Jacob L. Ratzan, P.A., 150 SE 2nd Avenue, Suite 901
Miami, Florida 33131, Tel: 786.406.1744

MAGISTRATE BANDSTRA

Attorneys (If Known)

FILED by ___ D.C.

DEC 18 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

09-23768-CV-King/Bandstra

(d) Check County Where Action Arose: ☑ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☑ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ☐ YES ☐ NO     b) Related Cases ☐ YES ☐ NO

JUDGE                                    DOCKET NUMBER

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

28 U.S.C. section 1332; Defamation

LENGTH OF TRIAL via _2_ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE  12-18-09

FOR OFFICE USE ONLY
AMOUNT $350.00   RECEIPT # 10139263
12/18/09