UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09 Civ. 23768 (JLK) (TEB)

------------------------------------------------------------X
DANIEL TOUIZER,

                              *Plaintiff*,

v.

FRANCOIS GARCIA

                              *Defendant*.
------------------------------------------------------------X

## DECLARATION OF EXIGENCY OF BRIAN S. TRETTER

Brian S. Tretter does hereby declare under penalties of perjury that:

1. I am an associate of Oved & Oved LLP, attorneys for the Plaintiff in this action, and have been admitted to this honorable court *pro hac vice*.

2. I submit this declaration in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction enjoining and restraining Defendant Francois Garcia ("Garcia"), his respective agents, representatives, successors, assigns, affiliates, servants, employees, licensees, attorneys all those acting in concert or in participation with Garcia, and any Internet Service Provider from operating, maintaining, hosting, or publishing the websites www.danieltouizer.com and www.eric-gozlan.com (the "Offending Websites") or publishing the same, or substantially similar content, via the internet or otherwise.

3. The accompanying Declarations of Daniel Touizer and Eric Gozlan fully set forth the immediate and irreparable injury being caused by Defendants' continuous publication of the Offending Websites – which falsely depict Plaintiff as a drug addict with a prostitute addiction and a scam artist and conman - justifying the emergency relief being sought in this motion. In

addition, Garcia has sent e-mails to Touizer's customers, business partners, and associates baselessly accusing him of being a murderer.

4. Without the provisional relief requested herein, the continuing harm caused by Defendants' malicious activities will continue to cripple Plaintiff's businesses until those business are forced to shut down or Plaintiff is forced to resign.

5. As of the date of the execution of this declaration, Plaintiff has not notified the Defendant of the instant application because to do so would permit Defendant to evade any injunctive relief by altering, moving, or modifying the Offending Websites.

6. Moreover, Defendant is a Canadian citizen, who I am informed can be personally served with both this motion and the complaint within three days. Even, those three days, however, will exponentially increase the harm and damage caused to Plaintiff as shareholder unrest and investor confidence continues to erode because of the content of the Offending Websites.

7. Accordingly, I respectfully request that the Court grant the requested temporary restraining order based on Plaintiff's motion, and schedule an immediate preliminary injunction hearing after the Defendant is served in accordance with whatever instructions the Court requires in the accompanying order to show cause.

8. To the extent the Court finds it necessary, I am available for oral argument of this *ex parte* application at any time over the phone and can be before the Court in person within twenty four hours.

9. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: December 29, 2009
      New York, New York

_____
Brian S. Tretter