UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09 Civ. 23768 (JLK) (TEB)

------------------------------------------------------------X
DANIEL TOUIZER,

                              *Plaintiff*,

v.

FRANCOIS GARCIA

                              *Defendant*.
------------------------------------------------------------X

## DECLARATION OF DANIEL TOUIZER

Daniel Touizer does hereby declare under penalties of perjury that:

1.    I am a Florida citizen residing in Miami-Dade County, and I am the plaintiff in this action.

2.    I submit this declaration in support of my motion for a preliminary injunction and temporary restraining order enjoining and restraining Defendant Francois Garcia ("Garcia"), his respective agents, representatives, successors, assigns, affiliates, servants, employees, licensees, attorneys all those acting in concert or in participation with Garcia, and any Internet Service Provider from operating, maintaining, hosting, or publishing the websites www.danieltouizer.com and www.eric-gozlan.com (the "Offending Websites") or publishing the same, or substantially similar content, via the internet or otherwise.

**A.**    **Touizer's Reputation as a Business Asset**

3.    I am the founder and chief executive officer of Cinergy Health, Inc. ("Cinergy"), a company founded in 2003 as a nationwide provider of affordable health insurance.

4. I have spent significant time, effort, energy, expense and considerable resources over the past six years in establishing my stellar business reputation.

5. The continued viability of Cinergy, and the medical coverage it provides to tens of thousands of families, is directly tied to, and dependent upon, my reputation and the goodwill I have generated on behalf of Cinergy

6. I am also the chairman and chief executive officer of Aria Entertainment LLC ("Aria"), a company in the business of financing and co-producing original feature films for worldwide viewing audiences.

7. My reputation is an integral part of obtaining financing for Aria's feature films as well as being integral to the successful marketing of Aria's feature films.

**B.**     **IMPFM and Touizer's Introduction to Garcia in 2000**

8. In or about 2000, before Aria was formed, I invested money in a film production company named Innovative Motion Pictures and Future Media Inc. ("IMPFM"); a company in which my cousin, Eric Gozlan ("Gozlan") was marginally involved.

9. Garcia and several others were also involved in IMPFM.

**C.**     **Garcia's Defamatory Scheme**

10. Nearly ten years later, on or about September 15, 2009, Gozlan informed me that he received a telephone call from an unidentified individual, who informed Gozlan that he was calling on behalf of Garcia.

11. Gozlan informed me that the unidentified caller told him to meet with Garcia "if he [Gozlan] want[ed] to avoid getting lawyers involved."

12. Gozlan informed me that he called Garcia on the same day, and Garcia informed Gozlan that "we have to meet. If we do not meet, then sh*t will hit the fan."

2

13. Gozlan informed me that Garcia refused to specify why a meeting was necessary and told him that "I [Garcia] don't talk on the phone, we have to meet in person."

14. Gozlan suspected that Garcia, who is facing criminal charges in Canada arising from his involvement in an international DVD piracy ring, was trying to extort money from Gozlan and myself.

15. Gozlan therefore refused to meet Garcia.

16. Subsequently, Gozlan informed me that he received a menacing e-mail, using the address skycorpinvestorsfraud@gmail.com, which threatening to publish a "report of complete fraud, abuse and theft" committed by, *inter alia*, Gozlan and myself because Gozlan "fail[ed] to politely return a phone call and accept [the above-referenced] meeting a requested." A true and correct copy of this e-mail in annexed hereto as **Exhibit A**.

**D.    Garcia Launches the Offending Websites**

17. Shortly thereafter, in or about November 2009, Garcia participated in the creation and publication of the Offending Websites.

18. Both of the Offending Websites illegally use my name, image, and likeness without my consent.

19. The Touizer Website contains false, defamatory, outrageous, and insulting allegations about me. A print-out of the Touizer Website as published on December 16, 2009 is annexed to hereto as **Exhibit B** and a print out of the Gozlan Website is annexed hereto as **Exhibit C**. Specifically, with respect to the Touizer Website:

> a. The home page contains a link to other pages purportedly about me. These links purport to link to information concerning, among other things:[1]
>
>> i. "Current Scams by Touizer;"

---

[1] All typographical errors contained in the quoted statements are in the original published version of the Offending Websites.

3

  ii. "Past Scams by Touizer;"

  iii. "Touizer Oil Deals;"

  iv. "Touizer List of Past Victims;"

  v. "Aria Media Holdings Scam;"

  vi. "American Terminal Corp. Scam;"

  vii. "Touizer Drug Use;" and

  viii. "Touizer Prostitute Addiction"

 b. The home page of the Touizer Website states "Daniel Touizer Miami-Montreal Fraudulent Unlicensed Investment Broker Palm Health Benfits Cinergy Healtyh American Terminal Corp. Aria Mea Holdings www.equityfeed.com otccharts.com" followed by the image of Touizer's face superimposed on a picture of a man in his underwear with the phrase "Your money is in good hands;"

 c. The home page further states that "This Site is a non lucrative information source and it has been published with the sole intention of informing past, current, future victims and as law enforcement agency's currently investigating the subjects of this site;

 d. The home page also has a picture of a man in a chicken suit talking on a pay telephone with the phrase "Are you a victim of Daniel Touizer?" superimposed on it;

20. Each of the Offending Websites contains links to the other.

21. Each of the home pages for the Offending Websites falsely state:

WHO IS DANIEL TOUIZER AND ERIC GOZLAN ?

They are career telemarketers who have been defrauding Canadian and USA investors for over a decade , they are based out of Montreal Canada and Miami USA , using several bogus names and corporations they claim to be investment brokers who can guarantee large returns on investments packages (so called privileged deals ranging from Film Productino, Medical Insurance, ATM Machines, Oil deals, Real State, Online Trading ,just to name a few).

The so called investments are often non existent or with no chance of success. except for their own personal gain (average commission 25% to 45% not including expenses.

Their targeted "clients" are usually people / names they purchase from leads brokers who offer list of "accredited investors (these lists include contact information and Background information

4

, the purchase price for a list can range from $25 to $100 per name , this is what they consider a "mouch" and what others would consider a victim)

www.danielTouizer.com along with www.eric-gozlan.com (Eric Gozlan is Touizer cousin who operates the scam out of Montreal )will soon release and post online the following information in order to put a stop to their activities and bring justice to their door, (Madoff could use some ne friends)

Names of past ans current investors who invested in their fraudulent deals

Names of corporations / Deals they have been selling or have sold for the past 15 years (some of them currently under investigation by the securities commission Both Canada and USA)

Their personal background information

How they operate

Their current deals

Their websites

Home Addresses

Phone Recordings

Pictures

Links (to law firms , securities commission , DA'S, La enforcement)

and more

### E. Garcia Transmits Defamatory E-Mails Containing Links to the Offending Websites to Touizer's Contacts

22. In addition to publishing the Offending Websites, Garcia sent false and defamatory e-mails to each and every employee of Cinergy containing a link to the Offending Websites.

23. To further destroy my reputation in the film industry, Garcia has been sending defamatory e-mails to various actors, entertainers, and other members of the film industry. A copy of one such an e-mail is annexed here to as **Exhibit D**.

24. Moreover, Garcia also transmitted defamatory emails which contain links to the Offending Websites to my accountant, my attorney, and the New York State Governor's office. The e-mail refers to me as a "scum and a thief." It also accuses me of being a "murderer ... who deserves nothing more than capital punishment" based solely on the "assum[ption] that among the thousands of investors he has defrauded there got to be a few suicides." A copy of the e-mail sent to my accountants Holthouse, Carlin & Van Trigt LLP dated November 19, 2009 is annexed hereto as **Exhibit E.**

25. Garcia has in addition to all of the foregoing, also posted links to the Offending Websites on various internet message boards under the aliases "wdog43" and "Tom."

F. **The Effect of Defendants' Defamatory Scheme**

26. The Offending Websites and the e-mails discussed above are utterly without merit, containing various unsupported, vague and undated allegations of fraud and wrongdoing.

27. As a direct result of Garcia's aforementioned conduct, my reputation and my ability to conduct my business affairs has been irreparably harmed, causing me to incur substantial financial loss as well as unquantifiable injury to my reputation.

28. Only one such example is that a crucial potential investor refused to consummate a planned deal with Aria after reviewing the contents of the Offending Websites.

29. This harm is ongoing and will continue as long as the Offending Websites are operating.

30. In addition, I have expended significant sums of money to a public relations firm to combat the detrimental effect of the Offending Websites and the Defamatory E-mails sent by Garcia.

31.     Specifically, among other things, hundreds of Cinergy's shareholders have begun contacting Cinergy and myself regarding the contents of the Offending Websites, which are causing significant shareholder unrest.

### G. The Content on the Offending Websites are Demonstratively False

32.     The Offending Websites and the Defamatory E-mails discussed above are utterly without merit, containing various unsupported, vague and undated allegations of fraud and wrongdoing.

33.     I am not a murderer.

34.     I do not use drugs.

35.     I do not have a "prostitute addiction."

36.     I am not, and have never been part of any "scam."

37.     To my knowledge, I am not currently (nor have I ever been) under investigation by any American or Canadian law enforcement authorities for any criminal activities.

38.     I am not a telemarketer.

39.     As a direct result of Defendants' aforementioned conduct, my reputation and my ability to conduct my business affairs has been irreparably harmed, causing me to incur substantial financial loss as well as injury to my reputation.

40.     This harm is ongoing and will continue as long as the Offending Websites are operating.

41. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: December 29, 2009
Miami, Florida

Daniel Touizer