## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09 Civ. 23768 (JLK) (TEB)

------------------------------------------------------------X
DANIEL TOUIZER,

        *Plaintiff,*

v.

FRANCOIS GARCIA

        *Defendant.*
------------------------------------------------------------X

## DECLARATION OF ERIC GOZLAN

Eric Gozlan does hereby declare under penalties of perjury that:

1. I am a Canadian citizen.

2. I submit this declaration in support of Plaintiff Daniel Touizer's ("Touizer") motion for a preliminary injunction and temporary restraining order enjoining and restraining Defendants Francois Garcia ("Garcia"), his respective agents, representatives, successors, assigns, affiliates, servants, employees, licensees, attorneys all those acting in concert or in participation with Garcia, and any Internet Service Provider from operating, maintaining, hosting, or publishing the websites www.danieltouizer.com and www.eric-gozlan.com (the "Offending Websites") or publishing the same, or substantially similar content, via the internet or otherwise.

3. In or about 2000, Touizer invested money in a film production company named Innovative Motion Pictures and Future Media Inc. ("IMPFM"); a company in which I was marginally involved.

4. Garcia and several others were also involved in IMPFM.

5. My involvement with Garcia was limited to this venture and ended in or about 2001.

6. On or about September 15, 2009, I received a telephone call from an unidentified individual, who informed me that he was calling on behalf of Garcia.

7. The unidentified caller told me to meet with Garcia "if you want to avoid getting lawyers involved."

8. I called Garcia directly on the same day, and Garcia informed me that "we have to meet. If we do not meet, then sh*t will hit the fan."

9. Garcia refused to specify why a meeting was necessary and told me that "I don't talk on the phone, we have to meet in person."

10. I suspected that Garcia, who is facing criminal charges in Canada arising from his involvement in an international DVD piracy ring, was trying to extort money from me and Touizer, who Garcia knew was wealthy.

11. I therefore refused to meet Garcia.

12. I then received a menacing e-mail, using the address skycorpinvestorsfraud@gmail.com, which threatening to publish a "report of complete fraud, abuse and theft" committed by, *inter alia*, Touizer and myself because I "fail[ed] to politely return a phone call and accept [the above-referenced] meeting as requested." A true and correct copy of this e-mail in annexed to the Declaration of Daniel Touizer, duly executed on December 21, 2009, submitted herewith, as **Exhibit A**.

13. Shortly thereafter, I believe Garcia participated in the creation and publication of the Offending Websites.

14. The Offending Websites discussed above are utterly without merit, containing various unsupported, vague and undated allegations of fraud and wrongdoing.

15. I do not use drugs.

16. To my knowledge, I am not currently (nor have I ever been) under investigation by any American or Canadian law enforcement authorities for any criminal activities.

17. I am not a telemarketer.

18. I declare under penalty of perjury of the laws of the United States of America and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.


Dated: December 28, 2009
       Montreal, Quebec

_____
Eric Gozlan