UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 09-23768-CIV-KING

DANIEL TOUIZER,

    Plaintiff,

v.

FRANCOIS GARCIA,

    Defendant.

_____/

## ORDER DENYING MOTION TO RESET PREVIOUSLY SCHEDULED PRELIMINARY INJUNCTION HEARING

**THIS CAUSE** is before the Court on Plaintiff, Daniel Touizer's Motion for a Temporary Restraining Order and Preliminary Injunction (D.E. #12), filed December 29, 2009. In this Court's Scheduling Order (D.E. #4) of December 21, 2009, the Court set a Preliminary Inunction Hearing for February 10, 2010. In the instant Motion, Plaintiff seeks a temporary restraining order, or in the alternative to reschedule the hearing currently set for February 10, 2010.

After a careful review of the Court's calender, the undersigned has four (4) cases scheduled for trial on the two-week calender commencing on January 11, 2010. On January 25th, 2010, the undersigned begins a ten (10) day trial, only to be followed by a two-week calender in Key West, which is equally as busy. Given the foregoing, it is impossible to move up the hearing currently scheduled for February 10, 2010.

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED AND DECREED** that Plaintiff, Daniel Touizer's Motion for a Temporary Restraining Order and Preliminary Injunction (D.E. #12) be, and the same is hereby **DENIED**.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 4th day of January, 2010.

_____
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   **_Counsel for Plaintiff_**

**Aaron J. Solomon**
Oved & Oved LLP
101 Avenues of the Americas
15th Floor
New York, NY 10013

**Brian S. Tretter**
Oved & Oved LLP
101 Avenue of the Americas
15th Floor
New York, NY 10013

**Darren Oved**
Oved & Oved LLP
101 Avenue of the Americas
15th Floor
New York, NY 10013

**Jacob Lawrence Ratzan**
Jacob L. Ratzan, P.A.
150 SE 2nd Avenue
Suite 901
Miami, FL 33131

**<u>Counsel for Plaintiff</u>:**
Paul A. Herman, Esq
20423 State Road 7
Suite F6-477
Boca Raton, FL 33498

**<u>Counsel for Defendant</u>:**
Ernest Henry Kohlmyer, III.
Bell Roper & Kohlmyer PA
2707 E Jefferson Street
Orlando, FL 32803