UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23768-CIV-KING/BANDSTRA

DANIEL TOUIZER,

    Plaintiff,

v.

FRANCOIS GARCIA,

    Defendant.

_____ /

**ORDER GRANTING MOTION FOR CANCELLATION
OF PRELIMINARY INJUNCTION HEARING**

**THIS CAUSE** comes before the Court upon Plaintiff Touizer's Motion for an Adjournment of the Preliminary Injunction Hearing (DE # 17), scheduled for February 10, 2010. As the basis for its Motion Plaintiff states that the instant matter should be resolved before a Canadian Court within the next week.

Accordingly, after careful review and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED, and DECREED** that

1. Touizer's Motion for an Adjournment of the Preliminary Injunction Hearing (DE # 17) be, and the same is hereby **GRANTED.**

2. The preliminary injunction hearing scheduled for February 10, 2010, is **CANCELLED** without prejudice to move for a new preliminary injunction hearing in the future, if necessary.

3.  Plaintiff is to notify Defendant of the cancellation of the preliminary injunction hearing.

4.  Plaintiff is to notify the Court as to the outcome of the permanent injunction sought in Canada.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 9th day of February, 2010.

```
                    JAMES LAWRENCE KING
                    UNITED STATES DISTRICT JUDGE
                    SOUTHERN DISTRICT OF FLORIDA
```

cc:    **Counsel for Plaintiff**

**Aaron J. Solomon**
Oved & Oved LLP
101 Avenues of the Americas
15th Floor
New York, NY 10013

**Brian S. Tretter**
Oved & Oved LLP
101 Avenue of the Americas
15th Floor
New York, NY 10013

**Darren Oved**
Oved & Oved LLP
101 Avenue of the Americas
15th Floor
New York, NY 10013

**Jacob Lawrence Ratzan**
Jacob L. Ratzan, P.A.
150 SE 2nd Avenue
Suite 901
Miami, FL 33131