UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-23768-CIV-KING

DANIEL TOUIZER,

    Plaintiff,

vs.

FRANCOIS GARCIA.
_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE
## FOR LACK OF PROSECUTION

    The court, upon its own review of the file in the above-styled case, notes that the complaint was filed on December 18, 2009 and that on May 25, 2010, this court noted that service had not been effectuated upon the defendants. Accordingly, the court does

    **ORDER** and **ADJUDGE** that this case be, and it is, DISMISSED WITHOUT PREJUDICE.

    **DONE** and **ORDERED** in chambers at the James Lawrence King Federal Justice Building, Miami, Florida, this 25th day of May, 2010.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT

cc: **<u>Counsel for Plaintiff</u>**
Jacob Lawrence Ratzan, Esq.
JACOB L. RATZAN, P.A.
150 SE 2nd Avenue
Suite 901
Miami, Florida 33131
Facsimile: (305) 895-2522

**<u>Counsel for Defendant</u>**
Francois Garcia
1513 Chemin du Lac St-Louis
Lery, Quebec J6N1B2